# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

UNITED STATES OF AMERICA :

v. : CASE NO.: CR207-06

KRISTEN NICOLE NOBLES :

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Defendant Kristen Nicole Nobles ("Nobles") filed Objections. The Government filed a Response to Nobles' Objections.

In her Objections, Nobles asserts her confession was given to Agent Alig involuntarily. Nobles contends she was not given her Miranda[1] rights on either occasion when she went to Agent Alig's office to speak with him.

Nobles' Objections, as the Government correctly notes, consist of nothing more than recapitulations of the contentions set forth in her original Motion. Nobles has failed to assert anything in her Objections which reveals an error in the Magistrate Judge's recitation of facts and application of the relevant case law to those facts. Even if the Court were to accept Nobles' contention that Agent Alig told her "the longer it took to investigate, the longer the sentence would be", the assertion that this was an implied promise which led her to confess is without merit. As the Magistrate Judge correctly

---

[1] Miranda v. Arizona, 384 U.S. 436, 86 S. Ct. 1602, 16 L. Ed. 2d 694 (1966).

noted, the totality of the circumstances reveals Nobles' confession was given voluntarily to Agent Alig.

Nobles' Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Nobles' Motion to Suppress (Doc. No. 15) is **DENIED**. The Government may use Nobles' statements as evidence against her during the course of the trial in this case.

**SO ORDERED**, this 7th day of June, 2007.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA